## 20231. BARBER v. THE STATE.

BROYLES, C. J. The evidence connecting the accused with the arson charged, while circumstantial, was sufficient to establish the corpus delicti and to authorize the jury to find that it excluded every reasonable hypothesis save that of his guilt. The cases cited in the brief of counsel for the plaintiff in error are distinguished by their particular facts from this case. The refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 5, 1930.

*J. W. Dennard,* for plaintiff in error.
*T. Hoyt Davis, solicitor-general,* contra.